**Order entered January 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00825-CV

### IN THE INTEREST OF W.J.M., A CHILD

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-18-09867

## ORDER

Before the Court is appellant's "motion for enforcement requesting contempt." In the motion, appellant complains of the court reporter who, despite being given additional time, has yet to file the record.

We **GRANT** the motion to the extent we **ORDER** court reporter Janet Saavedra to file the reporter's record **no later than January 31, 2019**. As the record was first due October 24, 2018 and the appeal cannot proceed without the record, we **CAUTION** Ms. Saavedra that failure to comply *may result in an order that she not sit as reporter until the record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Presiding Judge of the 254th Judicial District Court, Ms. Saavedra, and the parties. We further **DIRECT** the Clerk of the Court to mail appellant a paper copy of the reporter's record once it is filed.

/s/    BILL WHITEHILL
       JUSTICE